## BIG BABOON, INC., Plaintiff–Appellant

v.

**Michelle K. LEE, Director, U.S. Patent and Trademark Office, United States Patent and Trademark Office, Defendants–Appellees**

2016–1232

United States Court of Appeals, Federal Circuit.

August 5, 2016

LANCE DONALD REICH, Han Santos Reich PLLC, Seattle, WA, argued for plaintiff-appellant.

MEGAN BARBERO, Appellate Staff, Civil Division, United States Department of Justice, Washington DC, argued for defendants-appellees. Also represented by BENJAMIN C. MIZER, ANNETTE L. HAYES, MARK R. FREEMAN; KAKOLI CAPRIHAN, THOMAS W. KRAUSE, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA.

## JUDGMENT

Per Curiam (Prost, Chief Judge, Wallach and Hughes, Circuit Judges).

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**